[No. 3440–2–III. Division Three. February 13, 1980.]

JOYCE M. CARLSON, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 250533, William J. Grant, J., entered May 11, 1979. *Reversed* and *remanded* by unpublished

opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.